IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 259

| | |
|---|---|
| THOMAS W. HILL, | ) |
| | ) |
|     Plaintiff | ) |
| | )    **ORDER** |
| v | ) |
| | ) |
| PATRICK L. MCCRORY, et al., | ) |
| | ) |
|     Defendants. | ) |

**THIS MATTER** is before the Court pursuant to a Request for Production of Important Document, to Include Motion to Shorten Time for Response (#7) filed by Plaintiff, *pro se*. An examination of the motion does not disclose that the Plaintiff has complied with the requirement of consultation as set forth in LCvR 7.1. LCvR 7.1(B) states the following:

> **(B) Requirement of Consultation**. Any motions other than for dismissal, summary judgment, or default judgment shall show that counsel have conferred or attempted to confer and have attempted in good faith to resolve areas of disagreement and set forth which issues remain unresolved.

Further, the motion of Plaintiff is not supported by a brief as required by LCvR 7.1(C).

> **(C) Requirement of Briefs.** Briefs shall be filed <u>contemporaneously</u> with the motion, except no brief is required in support of timely motions for extension of time, continuances, admission *pro hac vice*, or early

1

discovery. Exhibits in support of a brief shall be attached as appendices as specified in the Administrative Procedures. Factual contentions shall be supported as specifically as possible by citation to exhibit number and page.

Finally, as set forth in the Order of United States District Judge Max O. Cogburn, Jr., (#5), the appropriate venue of the allegations contained in the Plaintiff's Complaint is in the Superior Court of Wake County. N.C.G.S. § 163-182.14.

For the above referenced reasons, the Request for Production of Important Document, to Include Motion to Shorten Time for Response will be denied without prejudice.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Request for Production of Important Document, to Include Motion to Shorten Time for Response (#7) is **DENIED** without prejudice.

Signed: August 4, 2016

Dennis L. Howell
United States Magistrate Judge