UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00259-MOC-DLH

| | | |
|---|---|---|
| **THOMAS W. HILL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PATRICK L. MCCRORY** | ) | |
| **NORTH CAROLINA STATE BOARD OF** | ) | |
| **ELECTIONS** | ) | |
| **KIM W. STRACH** | ) | |
| **A. GRANT WHITNEY JR.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's second Motion for Summary Judgment (#29). Plaintiff, proceeding pro se, has moved for summary judgment a second time after this court denied defendants' Motion to Dismiss (#16), but before either service has been perfected or issues have been joined. Order (#24) at 10.

As this court specifically pointed out in its earlier Order (#24), until service is perfected this court lacks jurisdiction over defendants and it will not proceed to the merits. Plaintiff is again reminded that it is not enough that he serve defendants, he must file a proof of service with this court in the manner provided under Rule 4(l)(1) of the Federal Rules of Civil Procedure.

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's second Motion for Summary Judgment (#29) is DENIED without prejudice.

Signed: September 13, 2016

Max O. Cogburn Jr
United States District Judge