UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00259-MOC-DLH

| | |
|---|---|
| **THOMAS W. HILL,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **PATRICK L. MCCRORY, et al.,** | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on initial review of defendants' Renewed Motion to Dismiss (#35). In accordance with Roseboro v. Garrison 582 F.2d 309 (4th Cir. 1975), the court advises plaintiff, who is proceeding *pro se*, that he has a right to respond to defendants' Motion. The court also advises plaintiff that failure to respond may result in defendants being granted the relief they seek summarily.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff may respond to the pending Renewed Motion to Dismiss (#35) on or before October 11, 2016.

Signed: September 26, 2016

Max O. Cogburn Jr.
United States District Judge

-1-